No. 4,637.—STATE, Aᴘᴘᴇʟʟᴀɴᴛ, *v.* MELVIN JOHNSON, Rᴇsᴘᴏɴᴅᴇɴᴛ.

*Appeal from District Court, Pondera County; John J. Greene, Judge.*

Decided July 14, 1920.

PER CURIAM.—On motion of appellant, the appeal in the above-entitled cause is dismissed.

*Mr. S. C. Ford,* Attorney General, for Appellant.